US District Court for the Eastern District of Texas (Sherman)

)　　Craig Cunningham

)　　Plaintiff, pro se

)

)　　　　**v.**

**CIVIL ACTION NO.** 4:17-cv-793

)

)　　CBC Conglomerate LLC, Bruce Phillip Hood, Carey Gorge Howe, USFFC Inc., Jay Singh, and John/Jane Doe's 1-5

)　　Defendants.

### Motion for 5 subpoenas

In order to ascertain and identify all John/Jane Doe defendants in the case, the Plaintiff requestes the court clerk sign 5 subpoenas for the Plaintiff to get call records and seek to name other parties currently unknown to the Plaintiff in the lawsuit.

For the foregoing reasons, the Plaintiff requests the court issue 5 blank subpoenas for the Plaintiff to serve.

Craig Cunningham, Plaintiff, Pro-se

5543 Edmondson Pike ste 248

Nashville, TN 37211

1/4/2018

615-348-1977

US District Court for the Eastern District of Texas (Sherman)

)    Craig Cunningham

)    Plaintiff, pro se

)

)      **v.**

**CIVIL ACTION NO.** 4:17-cv-793

)

)    CBC Conglomerate LLC, Bruce Phillip Hood, Carey Gorge Howe, USFFC Inc., Jay Singh, and John/Jane Doe's 1-5

)    Defendants.

### Certificate of Service

I certify that a true copy of the foregoing was sent via usps first class mail to CBC Conglomerate, LLC, Carey George Howe, Bruce hood at 5862 Bolsa Ave, ste 102, Huntington Beach, CA 92649 and

Jay Singh and USFFC, Inc to 7901 Stone Ridge Dr., ste 504 Pleasanton, CA 94588

Craig Cunningham, Plaintiff, Pro-se

5543 Edmondson Pike ste 248

Nashville, TN 37211

1/4/2018

615-348-1977