# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § | |
| | § | Civil Action No. 4:17-CV-793 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| CBC CONGLOMERATE LLC, BRUCE PHILLIP HOOD, CAREY GEORGE HOWE, USFFC INC., JAY SINGH, JOHN/JANE DOE'S 1-5 | § § § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 27, 2018, the report of the Magistrate Judge (Dkt. #41) was entered containing proposed findings of fact and recommendations that Defendants Bruce Phillip Hood, Carey George Howe, and Jay Singh's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. #17) be denied without prejudice to refiling and that Plaintiff be permitted to file an amended complaint adequately establishing the existence of personal jurisdiction.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's reports as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Bruce Phillip Hood, Carey George Howe, and Jay Singh's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. #17) is **DENIED WITHOUT PREJUDICE**.

It is further **ORDERED** that Plaintiff shall file an amended complaint within twenty-one (21) days of the entry of this Memorandum Adopting Report and Recommendation of United States Magistrate Judge.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of August, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE