# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:17-CV-793-ALM-CAN |
| v. | § § | |
| CBC CONGLOMERATE, LLC, ET AL., | § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Plaintiff's "Second Motion to Compel Discovery and Motion for Sanctions and Motion for Contempt" ("Motion to Compel") [Dkt. 75]. After hearing the agreements and arguments of the Parties, the Court **GRANTS IN PART AND DENIES IN PART** the Motion to Compel as set forth herein. Accordingly,

It is **ORDERED** that Defendants are directed to produce to Plaintiff:

(1) The name of the website;

(2) The name, address, and phone number of the telecom and/or phone provider;

(3) The name, address, and phone number of those persons who spoke with and/or placed any relevant phone calls to Plaintiff;

(4) The manufacturer, brand, and model of phones used, as well as whether any manual for such phones exists.

Defendants are directed to produce the aforementioned discovery documents, or notify Plaintiff that no such documents exist, on or before *Thursday, January 24, 2019*. Defendants are further directed to file a notice with the Court confirming the production of the above referenced discovery documents to Plaintiff on or before *Thursday, January 24, 2019*.

It is further **ORDERED** that Defendant CBC is instructed to verify its interrogatory responses and provide Plaintiff with same no later than *Tuesday, January 22, 2019 at 12:00p.m.* See Fed. R. Civ. P. 33(b)(3) ("Each interrogatory must. . . be answered separately and fully in writing under oath."). Failure to provide a verified copy of the interrogatories to Plaintiff within the time specified above will result in a subsequent hearing and consideration of discovery sanctions.

**IT IS SO ORDERED**.

**SIGNED this 17th day of January, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE