

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>CBC Conglomerate, LLC, et al<br><br>**Defendant** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Case No. 4:17-CV-00793-**<br>**ALM-CAN** |
| | | |

### Plaintiff's Notice of Exhibits for Trial

**1.** The Plaintiff is filing this notice regarding the Plaintiff's Exhibits for trial which was not included with the Joint final pre-trial order as Exhibit A.

Craig Cunningham
Plaintiff,

Craig Cunningham, Plaintiff, Pro se
5543 Edmondson Pike, ste 248 Nashville, TN 37211, 615-348-1977
1/24/2019

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** <br> **Plaintiff,** <br><br> **v.** <br><br> CBC Conglomerate, LLC, et al <br><br> **Defendant** | § <br> § <br> § <br> § <br> §   **Civil Case No. 4:17-CV-00793-** <br> **ALM-CAN** <br> § <br> § <br> § <br> § |

## Plaintiff's Certificate of Service

I hereby certify that a true copy of the foreoing was mailed to the attorney of record and other defendants in this case via ECF and first class mail on 1/24/2019:

Stew Schmella, Lanza Law Firm, PC, 4950 Bissonnet St., Houston, TX 77401

Craig Cunningham
Plaintiff,

Craig Cunningham, Plaintiff, Pro se
5543 Edmondson Pike, ste 248 Nashville, TN 37211, 615-348-1977
1/24/2019