# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Texas__

Craig Cunningham

V.

CBC Conglomerate, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 4:17-cv-00793

| PRESIDING JUDGE<br>Mazzant, Amos L | PLAINTIFF'S ATTORNEY<br>Craig Cunningham (Pro-se) | DEFENDANT'S ATTORNEY<br>Stew Schmella |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Spreadsheet of calls (USFFC 000001-000003) |
| 2 | | | | | Spreadsheet of calls (USFFC 000004-000005) |
| 3 | | | | | Lead information (USFFC 000006) |
| 4 | | | | | Call records (USFFC 000007-000009) |
| 5 | | | | | Contracting Agreement (USFFC 000010-000019) |
| 6 | | | | | Recording of Aug. 1, 2017 call (File name 17080112194700323) |
| 7 | | | | | Recording of Aug. 3, 2017 call (File name 17080314324900339) |
| 8 | | | | | Recording of Aug. 9, 2017 call (File name 170809154525I0343) |
| 9 | | | | | Recording of Aug. 14, 2017 call (File name 170814124857I0342) |
| 10 | | | | | Recording of Oct. 12, 2017 call (File name 17101217413600321) |
| 11 | | | | | Recording of Oct. 12, 2017 call (File name 171012174211O037) |
| 12 | | | | | Recording of Oct. 12, 2017 call (File name 171012182150I0343) |
| 13 | | | | | Recording of Oct. 12, 2017 call (File name 17101218445800334) |
| 14 | | | | | Recording of Oct. 12, 2017 call (File name 17101218470600319) |
| 15 | | | | | Recording of Oct. 13, 2017 call (File name 17101317391100334) |
| 16 | | | | | Recording of Oct. 23, 2017 call (File name 1710231659040039) |
| 17 | | | | | Recording of Oct. 23, 2017 call (File name 1710231659430034) |
| 18 | | | | | Recording of Oct. 23, 2017 call (File name 17102317061700317) |
| 19 | | | | | Recording of Oct. 23, 2017 call (File name 171023180839I0331) |
| 20 | | | | | Recording of Oct. 23, 2017 call (File name 1710231810550034) |
| 21 | | | | | Recording of Oct. 23, 2017 call (File name 1710231838560036) |
| 22 | | | | | Recording of Oct. 23, 2017 call (File name 17102318485800340) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**    Ex A

| | Cunningham | | vs. | CBC Conglomerate LLC et al | CASE NO. 4:17-cv-00793 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Recording of Oct. 23, 2017 call (File name 1710231849000335) |
| 24 | | | | | Recording of Oct. 23, 2017 call (File name 1710231850510O328) |
| 25 | | | | | Recording of Oct. 24, 2017 call (File name 1710241010500O34) |
| 26 | | | | | Recording of Oct. 24, 2017 call (File name 1710241114130O34) |
| 27 | | | | | Recording of Oct. 24, 2017 call (File name 17102411155900O37) |
| 28 | | | | | Recording of Oct. 24, 2017 call (File name 1710241116440O33) |
| 29 | | | | | Recording of Oct. 24, 2017 call (File name 1710241117240O34) |
| 30 | | | | | Recording of Oct. 24, 2017 call (File name 171024124614I0342) |
| 31 | | | | | Recording of Nov. 7, 2017 call (File name 171107125501I0336) |
| 32 | | | | | Recording of Nov. 7, 2017 call (File name 1711071359170O326) |
| 33 | | | | | Recording of Nov. 8, 2017 call (File name 1711081124470O34) |
| 34 | | | | | Recording of Nov. 22, 2017 call (File name 1711221344010O320) |
| 35 | | | | | Recording of Dec. 15, 2017 call (File name 1712151059310O313) |
| 36 | | | | | Oct. 23, 2017 Email to Cunningham from processing@1file.org |
| 37 | | | | | USFFC Application |
| 38 | | | | | Recording (File name call_03-00-56_OUT_9253061549 |
| 39 | | | | | Recording (File name call_13-16-22_IN_9253061548) |
| 40 | | | | | Recording (File name call_13-45-45_OUT_9253061549) |
| 41 | | | | | Recording (File name call_14-26-47_OUT_9253061549) |
| 42 | | | | | Recording (File name call_14-46-24_OUT_9252042075) |
| 43 | | | | | Recording (File name call_14-55-03_OUT_9253061548) |
| 44 | | | | | Recording (File name call_17-24-12_IN_9253061547) |
| 45 | | | | | Recording (File name call_20-09-00_OUT-9253061547) |
| 46 | | | | | Recording (File name call_20-11-17_IN_9253061547) |
| 47 | | | | | Recording (File name call_20-39-18_IN_9253061547) |
| 48 | | | | | Recording (File name call_20-51-13_IN_9253061547) |
| 49 | | | | | Recording (File name call_21_28-29_OUT_9253061547) |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Cunningham | | vs. | CBC Conglomerate LLC et al | CASE NO. 4:17-cv-00793 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 50 | | | | | Deposition of USFFC's 30(b)(6) representative |
| 51 | | | | | Deposition of CBC Conglomerate's 30(b)(6) representative |
| 52 | | | | | Call records from Magna 5 |
| 53 | | | | | USFFC Bandwidth Call records (CC0001-CC00025) |
| 54 | | | | | Declaration of Authenticity (CC0026) |
| 55 | | | | | Craig Cunningham event flow (CC0027) |
| 56 | | | | | Amended Complaint CBC 2015 (CC28-35) |
| 57 | | | | | USFFC Second Amended Answers to Plaintiff's Interrogatories |
| 58 | | | | | CBC Conglomerate's Amended Answers to the Plantiff's Interrogatories |
| 59 | | | | | CBC Screenshots (CC 36 and 37) |
| 60 | | | | | Carey George Howe Witness |
| 61 | | | | | Bruce Hood Witness |
| 62 | | | | | Jay Singh Witness |
| 63 | | | | | Jason- Employee who spoke to Plaintiff |
| 64 | | | | | Alex Wood, employee who spoke to Plaintiff |
| 65 | | | | | Jennifer Wilson, employee who spoke to the Plaintiff |
| 66 | | | | | Nick Morrison Employee who spoke to the Plaintiff |
| 67 | | | | | Ronald Grant Employee who spoke to the Plaintiff |
| 68 | | | | | Shauna Johnson Employee who spoke to the Plaintiff |
| 69 | | | | | Tyler Reed Employee who spoke to the Plaintiff |