# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § | |
| | § | Civil Action No. 4:17-CV-793 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| CBC CONGLOMERATE, LLC, ET AL. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 4, 2019, the report of the Magistrate Judge (Dkt. #79) was entered containing proposed findings of fact and recommendations that Defendants Bruce Phillip Hood, Carey George Howe, and Jay Singh's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. #53) be granted, and Defendants Bruce Phillip Hood, Carey George Howe, and Jay Singh be dismissed from the lawsuit.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Bruce Phillip Hood, Carey George Howe, and Jay Singh's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. #53) be **GRANTED.** Specifically, Defendants Bruce Phillip Hood, Carey George Howe, and Jay Singh are **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

SIGNED this 5th day of February, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE