# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION



**CRAIG CUNNINGHAM,** § CA. No. 4:2017-cv-00793

**VS.** §

**CBC CONGLOMERATE** §

**JURY**

## PLAINTIFF'S VACATION NOTICE

~~Below are the associated costs for the deposition transcript and travel related to the Deposition of the 30(b)(6) representatives in this case~~

1. The Plaintiff hereby notifies the court of the following dates in July and August where he will not be available and respectfully requests that no hearings or deadlines be set on these dates.

2. July 24-28th 2019

3. August 15-18th 2019


Respectfully submitted,

Craig Cunningham
Plaintiff,

Plaintiff, Pro-se 7/03/2019

3000 Custer Road, Ste 270-206 Plano, Tx 75075

615-348-1977

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § | CA. No. 4:2017-cv-00793 |
| VS. | § § § | |
| CBC CONGLOMERATE | § § § | JURY |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed and emailed to the attorney of record on 7/03/2019

**Certificate of Service**

I certify that a true copy of the foregoing was sent via email and regular mail to Stew Schmella on 7/03/2019

Craig Cunningham
Plaintiff,

Plaintiff, Pro-se

5543 Edmondson Pike ste 248

Nashville, TN 37211

7/03/2019

615-348-1977