# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:17-CV-793 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| CBC CONGLOMERATE LLC, ET AL. § | |
| § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 29, 2020, the report of the Magistrate Judge (Dkt. #154) was entered containing proposed findings of fact and recommendations that the instant suit be stayed in its entirety until the conclusion of the FTC Action; each of Plaintiff Craig Cunningham's Motions to Compel and Motions in Limine (Dkts. #131; #134; #146) be denied as moot without prejudice to refiling after the case is reopened; and Defendants CBC Conglomerate, LLC and USFFC Inc. be directed to file a status report regarding the FTC Action within thirty (30) days following any memorandum adopting the report and every sixty (60) days thereafter. Having received the report of the Magistrate Judge, and no objections thereto being filed, the Court is of the opinion that the Magistrate Judge's report should be adopted.

It is therefore **ORDERED** that this case is **STAYED** until the conclusion of the FTC action. *See Federal Trade Comm'n v. American Fin. Support Servs., Inc.*, No. 8:19-cv-02109-JVS-ADS (C.D. Cal. Nov. 4, 2019).

It is further **ORDERED** each of Plaintiff Craig Cunningham's Motions to Compel and Motions in Limine (Dkts. #131; #134; #146) are **DENIED AS MOOT** without prejudice to refiling after the case is reopened.

It is finally **ORDERED** that Defendants CBC Conglomerate, LLC and USFFC Inc. are **DIRECTED** to file a status report regarding the FTC Action within thirty (30) days of this memorandum adopting and every sixty (60) days thereafter.

**IT IS SO ORDERED**.

SIGNED this 28th day of August, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE