IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § § | |
| VS. | § § | C.A. NO. 4:17-CV-00793 |
| CBC CONGLOMORATE, LLC, ET AL. | § § § | JURY |

## STATUS REPORT

Defendants CBC Conglomerate, LLC and USFFC, Inc. (collectively the "Defendants"), through receiver Thomas W. McNamara ("Receiver") appointed by the United States District Court for the Central District of California ("Central District of California"), file this Status Report pursuant to the Court's Memorandum Adopting Report and Recommendation of United States Magistrate Judge (Dkt. 155).

With respect to the Defendants, Civ. No. 8:19-cv-02109-JVS-ADS; *Federal Trade Comm'n vs. American Financial Support Servs., Inc. et al*, in the U.S. District Court for the Central District of California, Los Angeles Division (the "FTC Action") is progressing toward resolution, as described below, although the Receivership and the corresponding stay of actions remain in place.

**1.    CBC Conglomerate.**

On May 7, 2021, U.S. District Judge John W. Holcomb conducted a hearing and continued the hearing on the FTC Plaintiffs' Motion for Default Judgment against CBC Conglomerate and other defendants. Minutes of Video Hearing re: Status Conference

re: Stipulation, FTC Action., at ¶ 3 (Dkt. 169)(Feb. 5, 2021). Judge Holcomb continued the default-judgment hearing to June 25, 2021. *Id.*

2.  **USFFC.**

On April 5, 2021, the FTC filed a Stipulation for Permanent Injunction as to certain defendants, including USFFC. Stipulation for Permanent Injunction (Dkt. 167) (Apr. 5, 2021). The Stipulation includes a proposed monetary judgment in favor of the FTC and against the stipulating defendants in the amount of $10,858,777,62. *Id.* at 7(17-20). Under the proposed Stipulation, and after the final accounting provided by the Receiver, the Receiver shall transfer to the FTC all dominion, title, and control of the remaining monetary assets of the corporate defendants, including USFFC. *Id.* at 11(17-24).

The Court conducted a Status Conference regarding the proposed Stipulation on May 7, 2021. Minutes (Dkt. 169). The Court continued the Status Conference and extended the stay until June 11, 2021. *Id.* at ¶¶ 2-3.

As of the date of this Report, Cunningham has not sought leave in the FTC Action to proceed with the instant lawsuit.

                          Respectfully submitted,

                          **LANZA LAW FIRM, PC**

                          */s/ Nicholas J. Lanza with permission SKS*
                          **NICHOLAS J. LANZA**
                          TBA No. 11941225
                          **STEWART K. SCHMELLA**

        TBA No. 24033041
        4950 Bissonnet
        Houston, Texas 77401
        (713) 432-9090
        (713) 668-6417 Facsimile
        eservice@lanzalawfirm.com
        sschmella@lanzalawfirm.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document was served via the Court's CM/ECF system as follows on June 3, 2021:

**Via CM/ECF**
Craig Cunningham
3000 Custer Road, Ste. 270-206
Plano, Texas 75075

        */s/ Stewart K. Schmella*
        **STEWART K. SCHMELLA**