IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:17-CV-00793-ALM-AGD |
| v. | § § | |
| CBC CONGLOMERATE LLC, ET AL., | § § | |
| Defendants. | § § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

On June 29, 2023, Plaintiff Craig Cunningham ("Plaintiff") and Defendants CBC Conglomerate LLC and USFFC Inc. ("Defendants") filed their Joint Status Report (Dkt. #165). According to the Joint Status Report, the FTC action with respect to Defendants in the U.S. District Court for the Central District of California has resolved. The Joint Status Report indicates that orders for permanent injunction and monetary judgment were issued against the Defendants. Furthermore, it appears Plaintiff did not seek leave in the FTC action to proceed with the instant lawsuit and now intends to sue the individual members of the Defendants. (Dkt. #165 at 3). The Court, however, previously dismissed individual defendants Bruce Phillip Hood, Carey George Howe, and Jay Singh for lack of personal jurisdiction. (Dkt. #100).

Upon consideration of the Parties' Joint Status Report, Plaintiff's failure to seek leave in the FTC action, the prior dismissal of the individual defendants for lack of personal jurisdiction, and all other relevant filings (including Dkt. #141; Dkt. # 149; Dkt. #155), the undersigned recommends the Court **DISMISS** Plaintiff's remaining claims **WITHOUT PREJUDICE**.

Within fourteen (14) days after service of the magistrate judge's report, any party must serve and file specific written objections to the findings and recommendations of the magistrate

judge. 28 U.S.C. § 636(b)(1)(C). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific.

Failure to file specific, written objections will bar the party from appealing the unobjected-to factual findings and legal conclusions of the magistrate judge that are accepted by the district court, except upon grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (*en banc*), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

**SIGNED this 13th day of August, 2023.**

*[signature]*
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE