# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:17-CV-00793-ALM-AGD |
| | § | |
| CBC CONGLOMERATE LLC, ET AL. | § | |
| | § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 13, 2023, the Magistrate Judge entered a Report (Dkt. #166) that Plaintiff's remaining claims be dismissed without prejudice.

Having received the Report of the Magistrate Judge, and the Parties having not filed objections, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 17th day of October, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE